*J. Webster Jones,* with him *Richard S. Clover,* and *Lugg & Snowiss,* for appellant.

*Arthur Bonk,* of the Michigan Bar, with him *James T. Smith,* for appellees.

OPINION PER CURIAM, May 24, 1967:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.

## Kirn *v.* Glen Alden Corporation, Appellant.

Argued April 20, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Henry Thalenfeld,* with him *Franklin B. Gelder,* for appellant.

*Joseph J. Gale, Jr.,* Special Counsel, with him *William C. Sennett,* Attorney General, for Commonwealth, appellee.

*Roy N. LaRocca,* Associate Counsel, with him *Thomas E. Roberts,* Chief Counsel, *Raymond Kleiman,*

Deputy Attorney General, and *William C. Sennett,* Attorney General, for State Workmen's Insurance Fund, appellee.

OPINION PER CURIAM, May 24, 1967:
Order affirmed.

## Commonwealth *v.* Foeman, Appellant.

Submitted April 28, 1967. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*P. Richard Klein,* and *Corliss & Klein,* for appellant.

*Thomas A. Pitt, Jr.,* Assistant District Attorney, and *A. Alfred Delduco,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 24, 1967:
Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.

## Commonwealth *v.* Holmes, Appellant.

Submitted April 18, 1967. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.